IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| RICHARD DEGAETANO,<br><br>　　　　　Plaintiff,<br>　v.<br><br>A.K. RIKK'S, INC.<br><br>　　　　　Defendant. | Case No. 1:23-cv-01380 (FJS/ML) |

## NOTICE OF DISMISSAL PURSUANT TO RULE 41(a)(1)

1. Whereas Plaintiff Richard DeGaetano filed the above-referenced case against Defendant A.K. Rikk's, Inc. on November 2, 2023.

2. Whereas Defendant has not yet answered Plaintiff's Complaint, and thus dismissal is appropriate without Court order, pursuant to F.R.C.P. Rule 41(a)(1)(A)(i).

3. Accordingly, pursuant to F.R.C.P. Rule 41(a)(1)(A)(i), Plaintiff hereby dismisses his Complaint with prejudice.

Dated: December 12, 2023　　　　　Respectfully Submitted,

　　　　　　　　　　　　　　　　　*/s/ Benjamin Sweet*
　　　　　　　　　　　　　　　　　Benjamin J. Sweet
　　　　　　　　　　　　　　　　　ben@nshmlaw.com
　　　　　　　　　　　　　　　　　**NYE, STIRLING, HALE, MILLER &**
　　　　　　　　　　　　　　　　　**SWEET, LLP**
　　　　　　　　　　　　　　　　　1145 Bower Hill Road, Suite 104
　　　　　　　　　　　　　　　　　Pittsburgh, PA 15243

　　　　　　　　　　　　　　　　　*Attorneys for Plaintiff Richard DeGaetano*

## **CERTIFICATE OF SERVICE**

I, Benjamin J. Sweet, hereby certify that the foregoing document was filed through the ECF system and will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to non-registered participants this 12th day of December, 2023.

                                                       */s/ Benjamin J. Sweet*
                                                         Benjamin J. Sweet